1  BINGHAM MCCUTCHEN LLP
   Scott Vick  (No. 171944)
2  The Water Garden
   Fourth Floor, North Tower
3  1620 26th Street
   Santa Monica, California  90404-4060
4  Telephone:  310.907.1000
   Facsimile:  310.907.2000
5  scott.vick@bingham.com

6  BINGHAM MCCUTCHEN LLP
   Adrienne L. Taclas  (No. 211232)
7  Three Embarcadero Center
   San Francisco, California 94111-4067
8  Telephone:  415.393.2000
   Facsimile:  415.393.2286
9  adrienne.taclas@bingham.com

10

   Attorneys for Defendant
11 ARTHUR ANDERSEN LLP

12
                    UNITED STATES DISTRICT COURT
13
                    SOUTHERN DISTRICT OF CALIFORNIA
14

15

16 DAVID HILDES, Individually and as Trustee of    No. 08-CV0008-BEN (RBB)
   THE DAVID AND KATHLEEN HILDES 1999
   CHARITABLE REMAINDER UNITRUST              **DECLARATION OF SCOTT VICK
17 DATED JUNE 25, 1999,                        IN SUPPORT OF ARTHUR
                                               ANDERSEN LLP'S MOTION TO
18       Plaintiff,                            DISMISS COUNTS II, III AND V OF
                                               PLAINTIFF'S FIRST AMENDED
19    v.                                       COMPLAINT**

20 ARTHUR ANDERSEN LLP; THOMAS G.              Date:  March 3, 2008
   WATROUS, SR.; DOUGLAS S. POWANDA;           Time:  10:30 a.m.
21 and JOHN DOE as the Executor of the ESTATE  Courtroom:  3
   OF DAVID A. FARLEY,
22
         Defendants.
23

24

25

26

27

28

---

DECLARATION OF SCOTT VICK IN SUPPORT OF ARTHUR ANDERSEN LLP'S MOTION TO  DISMISS
COUNTS II, III AND V OF PLAINTIFF'S FIRST AMENDED COMPLAINT  08-CV0008-BEN (RBB)

# DECLARATION OF SCOTT VICK

I, Scott Vick, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am a partner with the law firm of Bingham McCutchen LLP, attorneys of record for defendant Arthur Andersen LLP ("Andersen"). I have personal knowledge of the matters stated herein, except where stated on information and belief, and if called as a witness, I would and could competently testify thereto.

## SEC FILINGS

2. Attached hereto as Exhibit A is a true and correct copy of the Form SC 13D filed by Harbinger Corporation ("Harbinger"), which contains the Agreement and Plan of Merger and Reorganization (the "Merger Agreement") between it and Peregrine Systems, Inc. ("Peregrine"). Harbinger's Form SC 13D was filed with the Securities and Exchange Commission ("SEC") on April 14, 2000.

3. Attached hereto as Exhibit B is a true and correct copy of the Form of Company Voting Agreement and Irrevocable Proxy ("Voting Agreement") attached as Exhibit 2 to the Merger Agreement and filed with the SEC on April 14, 2000.

4. Attached hereto as Exhibit C is a true and correct copy of Harbinger's Schedule 14A filed with the SEC on March 30, 2000.

5. Attached hereto as Exhibit H is a true and correct copy of the Registration Statement on Form S-4/A filed by Peregrine with the SEC on May 22, 2000.

## COMPLAINT AND COURT ORDERS

6. Attached hereto as Exhibit D is a true and correct copy of the First Amended Consolidated Complaint for Violations of the Federal Securities Laws, filed on April 5, 2004 in the related *In Re Peregrine Systems, Inc. Securities Litigation*. [Docket No. 422]

7. Attached hereto as Exhibit E is a true and correct copy of the November 21, 2003 Order Granting in Part and Denying in Part Defendants' Motions to Dismiss ("First Order of Dismissal") in the related *In Re Peregrine Systems, Inc. Securities Litigation*. [Docket No. 395]

1

1    8.    Attached hereto as Exhibit F is a true and correct copy of the March 30, 2005 Order Granting in Part and Denying in Part Defendants' Motions to Dismiss ("Second Order of Dismissal") in the related *In Re Peregrine Systems, Inc. Securities Litigation*.  [Docket No. 614]

2    9.    Attached hereto as Exhibit G is a chart demonstrating the similarities between Plaintiff Hildes' Complaint and the First Amended Consolidated Complaint filed in the federal securities class action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 25, 2008 at Santa Monica, California.

_____/s/ Scott Vick_____

2

DECLARATION OF SCOTT VICK IN SUPPORT OF ARTHUR ANDERSEN LLP'S MOTION TO DISMISS COUNTS II, III AND V OF PLAINTIFF'S FIRST AMENDED COMPLAINT  08-CV0008-BEN (RBB)