**TABLE OF CONTENTS FOR EXHIBITS**

**VOLUME I**

*Document* *Page*

EXHIBIT A

    Harbinger Corporation - Schedule 13D filed on April 5, 2000 ........................................ 1-88

EXHIBIT B

    Form of Company Voting Agreement ............................................................................ 89- 96

EXHIBIT C

   Harbinger Corporation - Schedule 14A filed on March 30, 2000 .................................... 97-124

EXHIBIT D

    *In Re Peregrine Systems, Inc. Securities Litigation,* First Amended
Consolidated Complaint for Violations of The Federal Securities Laws,
filed on April 5, 2004................................................................................................... 125-376

EXHIBIT E

    *In Re Peregrine Systems, Inc. Securities Litigation,* Order (1) Granting in Part and
Denying In Part Defendants' Motions to Dismiss; and (2) Denying Plaintiff the
Loran Group's Motion to Strike, filed on November 21, 2003 .................................... 377-476

EXHIBIT F

    *In Re Peregrine Systems, Inc. Securities Litigation,* Order Granting in Part and
Denying in Part Defendants' Motions to Dismiss, filed on March 30, 2005................ 477-613

EXHIBIT G

    Comparison of Allegations Against Andersen Underlying 10(b) Claim ............................ 614

## **TABLE OF CONTENTS FOR EXHIBITS**

## **VOLUME II**

*Document*                                                                                                              *Page*

EXHIBIT H

    Registration Statement on Form S-4/A filed on May 22, 2000 ................................. 615-1030