# EXHIBIT G

Comparison of Allegations Against Andersen Underlying 10(b) Claim As Pled in *In Re Peregrine Systems, Inc.* Class Action Complaint and Plaintiff Hildes' Complaint

| No. | Allegations Against Andersen | Class Action Allegations | Plaintiff Hildes' Allegations |
|---|---|---|---|
| 1. | Plaintiffs allege that Andersen knew, or was deliberately reckless regarding the fact that Peregrine's financial statements for fiscal years 2000 and 2001 were not prepared in accordance with GAAP and that its audits were not performed in accordance with GAAS. | ¶ 404 <br> ¶ 412 | ¶ 26 <br> ¶ 105 <br> ¶ 106 <br> ¶ 173 |
| 2. | Plaintiffs allege that Andersen knew or was deliberately reckless regarding "red flags" at Peregrine -- including Peregrine's channel activity was allegedly higher than Andersen was comfortable with. | ¶ 405 <br> ¶ 406 <br> ¶ 414 | ¶ 45 <br> ¶ 59 <br> ¶ 63(k) |
| 3. | Plaintiffs allege that Andersen was paid approximately $4 million in fees, and infer that it falsely endorsed Peregrine's financial statements because it desired to retain Peregrine as a client and continue generating fees. | ¶ 407 <br> ¶ 409 | ¶ 26 |
| 4. | Plaintiffs make conclusory allegations that Andersen knew that Peregrine's accounting policy had been changed in the fourth quarter of fiscal year 1999 to provide for revenue recognition immediately upon execution of a software license agreement with resellers even though no commitment to pay and no identified end user. | ¶ 413 | ¶ 27 <br> ¶ 36 <br> ¶ 106 |
| 5. | Plaintiffs allege that by virtue of its position as independent auditor, Andersen possessed confidential documents and information. | ¶ 400 | ¶ 26 |
| 6. | Plaintiffs make vague allegations, without any corroborating basis, that at some point in time Andersen became aware of facts that should have put them on notice of accounting improprieties, and that it discussed with Peregrine known violations of revenue recognition principles. | ¶ 461 <br> ¶ 483 | ¶ 63(k) <br> ¶ 59 |