| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | Scott Vick  (No. 171944) |
| 2 | The Water Garden |
| | Fourth Floor, North Tower |
| 3 | 1620 26th Street |
| | Santa Monica, California  90404-4060 |
| 4 | Telephone: 310.907.1000 |
| | Facsimile: 310.907.2000 |
| 5 | scott.vick@bingham.com |
| 6 | BINGHAM MCCUTCHEN LLP |
| | Adrienne L. Taclas  (No. 211232) |
| 7 | Three Embarcadero Center |
| | San Francisco, California 94111-4067 |
| 8 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 9 | adrienne.taclas@bingham.com |
| 10 | |
| | Attorneys for Defendant |
| 11 | ARTHUR ANDERSEN LLP |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILDES, Individually and as Trustee of THE DAVID AND KATHLEEN HILDES 1999 CHARITABLE REMAINDER UNITRUST DATED JUNE 25, 1999, | No. 08-CV0008-BEN (RBB) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| ARTHUR ANDERSEN LLP; THOMAS G. WATROUS, SR.; DOUGLAS S. POWANDA; and JOHN DOE as the Executor of the ESTATE OF DAVID A. FARLEY, | |
| Defendants. | |

A/72399173.1/3300526-3300203335

PROOF OF SERVICE

1         I am over eighteen years of age, not a party in this action, and employed in

2 San Francisco County, California at Three Embarcadero Center, San Francisco, California

3 94111-4067. I am readily familiar with the practice of this office for collection and processing

4 of correspondence for mailing with the United States Postal Service, and correspondence is

5 deposited with the United States Postal Service that same day in the ordinary course of business.

6         Today I served the attached:

7-9 **ARTHUR ANDERSEN LLP'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS II, II AND V OF PLAINTIFF'S FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

10-12 **ARTHUR ANDERSEN LLP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COUNTS II, III AND V OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

13-14 **DECLARATION OF SCOTT VICK IN SUPPORT OF ARTHUR ANDERSEN LLP'S MOTION TO DISMISS COUNTS II, II AND V OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

15         **PROOF OF SERVICE**

16 by causing a true and correct copy of the above to be placed in the United States Mail at Santa

17 Monica, California in sealed envelope(s) with postage prepaid, addressed as follows:

| | |
|---|---|
| Allen M. Pepper, Esq.<br>Andrew Davin Stillufsen, Esq.<br>425 Park Avenue<br>New York, NY 10022<br>Phone: (212) 836-8000<br>Fax: (212) 836-8689 | Attorneys for Plaintiff David Hildes,<br>Individually and as Trustee of the<br>David and Kathleen Hildes 1999<br>Charitable Remainder Unitrust Dated<br>June 25, 1999 |
| Wayne Lamprey, Esq.<br>Anne Hartman, Esq.<br>Goodin MacBride Squeri<br>  Ritchie & Day LLP<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111<br>Phone: (415) 392-7900<br>Fax: (415) 398-4321 | Attorneys for Defendant Thomas<br>Watrous |

A/72399173.1/3300526-3300203335         2

| | |
|---|---|
| Robert H. Logan, Esq.<br>Keesal, Young and Logan<br>400 Oceangate<br>P.O. Box 1730<br>Long Beach, CA 90801-1730<br>Telephone: (562) 436-2000<br>Fax: (562) 436-7416 | Attorneys for Defendant Douglas Powanda |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on this 25th day of January, 2008.

*Donna M. Gilliland*