| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | Scott Vick (No. 171944) |
| 2 | The Water Garden |
| | Fourth Floor, North Tower |
| 3 | 1620 26th Street |
| | Santa Monica, California 90404-4060 |
| 4 | Telephone: 310.907.1000 |
| | Facsimile: 310.907.2000 |
| 5 | scott.vick@bingham.com |
| 6 | BINGHAM MCCUTCHEN LLP |
| | Adrienne L. Taclas (No. 211232) |
| 7 | Three Embarcadero Center |
| | San Francisco, California 94111-4067 |
| 8 | Telephone: 415.393.2000 |
| | Facsimile: 415.393.2286 |
| 9 | adrienne.taclas@bingham.com |
| 10 | |
| | Attorneys for Defendant |
| 11 | ARTHUR ANDERSEN LLP |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | | |
| 16 | DAVID HILDES, Individually and as Trustee of THE DAVID AND KATHLEEN HILDES 1999 CHARITABLE REMAINDER UNITRUST DATED JUNE 25, 1999, | No. 08-CV0008-BEN (RBB) |
| 17 | | |
| 18 | Plaintiff, | |
| 19 | v. | **PROOF OF SERVICE** |
| 20 | ARTHUR ANDERSEN LLP; THOMAS G. WATROUS, SR.; DOUGLAS S. POWANDA; and JOHN DOE as the Executor of the ESTATE OF DAVID A. FARLEY, | |
| 21 | | |
| 22 | Defendants. | |

A/72399152.1

1  I am over eighteen years of age, not a party in this action, and employed in
2  San Francisco County, California at Three Embarcadero Center, San Francisco, California
3  94111-4067. I am readily familiar with the practice of this office for collection and processing
4  of correspondence for mailing with the United States Postal Service, and correspondence is
5  deposited with the United States Postal Service that same day in the ordinary course of business.
6  Today I served the attached:

**ARTHUR ANDERSEN LLP'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

by causing a true and correct copy of the above to be placed in the United States Mail at Santa Monica, California in sealed envelope(s) with postage prepaid, addressed as follows:

| | |
|---|---|
| Allen M. Pepper, Esq.<br>Andrew Davin Stillufsen, Esq.<br>425 Park Avenue<br>New York, NY 10022<br>Phone: (212) 836-8000<br>Fax: (212) 836-8689 | Attorneys for Plaintiff David Hildes, Individually and as Trustee of the David and Kathleen Hildes 1999 Charitable Remainder Unitrust Dated June 25, 1999 |
| Wayne Lamprey, Esq.<br>Anne Hartman, Esq.<br>Goodin MacBride Squeri<br>  Ritchie & Day LLP<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111<br>Phone: (415) 392-7900<br>Fax: (415) 398-4321 | Attorneys for Defendant Thomas Watrous |
| Robert H. Logan, Esq.<br>Keesal, Young and Logan<br>400 Oceangate<br>P.O. Box 1730<br>Long Beach, CA 90801-1730<br>Telephone: (562) 436-2000<br>Fax: (562) 436-7416 | Attorneys for Defendant Douglas Powanda |

A/72399152.1   2

1    I declare that I am employed in the office of a member of the bar of this court at
2  whose direction the service was made and that this declaration was executed on this 25th day of
3  January, 2008.

*[signature]*
*Donna M. Gilliland*