Andrew Davin Stillufsen, Esq.
Allan M. Pepper, Esq.
KAYE SCHOLER LLP
425 Park Ave.
New York, NY
Telephone: (212) 836-8000
Facsimile: (212) 836-6304
astillufsen@kayescholer.com

Attorneys for Plaintiff
DAVID HILDES

Scott Vick, Esq. (No. 171944)
BINGHAM MCCUTCHEN LLP
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000
scott.vick@bingham.com

Attorneys for Defendant
ARTHUR ANDERSEN LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| DAVID HILDES, INDIVIDUALLY AND AS TRUSTEE FOR THE DAVID AND KATHLEEN HILDES 1999 CHARITABLE REMAINDER UNITRUST DATED JUNE 25, 1999, <br><br>Plaintiff, <br><br>v. <br><br>ARTHUR ANDERSEN LLP; THOMAS WATROUS, SR.; DOUGLAS S. POWANDA; AND JOHN DOE AS THE EXECUTOR OF THE ESTATE OF DAVID A. FARLEY, <br><br>Defendants. | CASE NO. 3:08-CV00008-BEN (RBB) <br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL** |

JOINT MOTION TO STAY PROCEEDINGS
PENDING RESOULTION OF APPEAL

1. The Judicial Panel on Multidistrict Litigation issued an order transferring this action, *Hildes v. Arthur Andersen LLP et al.* ("*Hildes*"), to the United States District Court for the Southern District of California, because several related actions are pending in this Court, including *In re Peregrine Systems, Inc. Securities Litigation* ("*In re Peregrine*").

2. The *In re Peregrine* litigation has been stayed by this Court for approximately two years pending resolution of Lead Plaintiffs' appeal to the United States Court of Appeals for the Ninth Circuit.

3. Plaintiff Hildes's claims are based on the same underlying facts and transactions as the allegations in the *In re Peregrine* litigation – which has been stayed – and much of the discovery relating to the *Hildes* matter will overlap with discovery in *In re Peregrine*.

4. A corresponding stay in the *Hildes* matter will conserve judicial resources and avoid duplicative discovery and pre-trial motions.

Therefore, plaintiff Hildes and defendant Arthur Andersen LLP respectfully submit that the Court should stay the *Hildes* action until the stay is lifted in the related *In re Peregrine* litigation. If this motion is granted, defendant Arthur Andersen's motion to dismiss and stay, filed on January 25, 2008, should be taken off calendar.

DATED: February 15, 2008                KAYE SCHOLER LLP


By: /s Andrew Stillufsen
    Andrew Stillufsen
Attorneys for Plaintiff
David Hildes


BINGHAM MCCUTCHEN


By: /s Scott Vick
    Scott Vick
Attorneys for Defendant
Arthur Andersen LLP

---

1

JOINT MOTION TO STAY PROCEEDINGS
PENDING RESOLUTION OF APPEAL