IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| DAVID HILDES, INDIVIDUALLY AND AS TRUSTEE FOR THE DAVID AND KATHLEEN HILDES 1999 CHARITABLE REMAINDER UNITRUST DATED JUNE 25, 1999, <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR ANDERSEN LLP; THOMAS WATROUS, SR.; DOUGLAS S. POWANDA; AND JOHN DOE AS THE EXECUTOR OF THE ESTATE OF DAVID A. FARLEY, <br><br> Defendants. | CASE NO. 08-CV0008-BEN (RBB) <br><br> **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL** <br><br> [Doc. # 4] |

For good cause, the parties' Joint Motion to Stay Proceedings Pending Resolution of Appeal is GRANTED. It is hereby ORDERED that the *Hildes* action is stayed until the stay is lifted in the related *In re Peregrine* litigation. Furthermore, defendant Arthur Andersen's motions to dismiss and stay, filed on January 25, 2008, will be taken off calendar.

Dated: February 19, 2008

_____
The Honorable Roger T. Benitez
United States District Judge

1
**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS
PENDING RESOLUTION OF APPEAL**