FILED

14 APR 16 PM 3:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILDES, Individually and as Trustee of THE DAVID AND KATHLEEN HILDES 1999 CHARITABLE REMAINDER UNITRUST DATED JUNE 25, 1999,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J. MOORES; CHRISTOPHER A. COLE; RICHARD A. HOSLEY; CHARLES E. NOELL III; NORRIS VAN DEN BERG and THOMAS G. WATROUS SR.,<br><br>Defendants. | CASE NO. 08-CV-0008-BEN (RBB)<br><br>**ORDER:**<br><br>**(1) STAYING PROCEEDINGS**<br><br>**(2) DENYING AS MOOT MOTION TO DISMISS**<br><br>[Docket Nos. 135, 138] |

For good cause, it is hereby **ORDERED** that:

1. the parties' joint motion to stay (Docket No. 138) is hereby **GRANTED**;

2. all proceedings in this action and in this Court are stayed pending the Supreme Court's disposition of *Police & Fire Retirement System of*

*City of Detroit v. IndyMac MBS, Inc.*, 721 F.3d 95 (2d Cir. 2013), cert. granted, 82 U.S.L.W. 3371 (U.S. Mar. 10, 2014) (No. 13-640);

3. this stay does not extend to the fully briefed petition for certiorari now pending in the United States Supreme Court in *Moores v. Hildes*, No. 13-791;

4. defendants' motion to dismiss dated March 17, 2014 (Docket No. 135) is **DENIED AS MOOT**, without prejudice; and

5. within 10 days of the Supreme Court's disposition of *IndyMac*, the parties shall submit a joint report to the Court regarding the status of this case.

Dated: April 6, 2014

HON. ROGER T. BENITEZ
United States District Judge

2