

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILDES, Individually and as Trustee of the DAVID AND KATHLEEN HILDES 1999 CHARITABLE REMAINDER UNITRUST DATED JUNE 25, 1999, **Plaintiff,** V. ARTHUR ANDERSEN LLP; et al., **Defendant.** | Civil Action No. 08CV0008-BEN-RBB  JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Whether equitable or statutory tolling, American Pipe tolling may not be extended to Section 13's statute of repose. Accordingly, Hildes' Section 11 claim is barred by the three-year statute of repose. Defendants' motion to dismiss is GRANTED. As this is Hildes' only remaining claim, this action is DISMISSED with prejudice.

Date:     5/26/15

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ K. Martin-Brown

K. Martin-Brown, Deputy